UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20355-CR-BLOOM/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEROME HIGGS,

    Defendant.
_____/

## **DETENTION ORDER**

Pursuant to 18 U.S.C. § 3142(f), on June 28, 2021, a hearing was held to determine whether defendant **JEROME HIGGS** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required. Therefore, it is hereby ordered that the defendant **JEROME HIGGS** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of Title18, United States Code, Section 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by indictment in the Southern District of Florida, with one count of conspiracy to encourage and induce aliens to enter the United States in violation of Title 8, United States Code, Section 1324(a)(l)(A)(v)(II), nine counts of encouraging and inducing aliens to enter the United States in violation of Title 8, United States Code, Section 1324(a)(l)(A)(iv) and (v)(II), eight counts of bringing an alien into

the United States for the purpose of private financial gain in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and one count of allowing, procuring, and permitting certain aliens to enter the United States in violation of Title 8 United States Code Section 1327.

2. The weight of the evidence against the defendant is substantial. The government proffered that on May 6, 2021, law enforcement interdicted a boat carrying nine people. At least four people had Irish passports and at least one person had a United Kingdom passport. The defendant and at least one other person had no passport. The defendant admitted that he intended to bring the passengers on this vessel to the United States from the Bahamas in exchange for pay. The defendant admitted he had received a bill of sale for a vehicle as collateral and would be compensated upon his return to the Bahamas.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on May 19, 1995 in the Bahamas. The defendant is a lifelong resident of the Bahamas. The defendant's parents, siblings, girlfriend and infant daughter reside in the Bahamas. All of the defendant's assets are in the Bahamas and the defendant has no assets or ties to the United States Title 18, United States Code, Section 3142(g)(3)(A).

4. The defendant has close ties to the Bahamas and no financial or other ties to the United States. The Court specifically finds, that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required. Based upon the above findings of fact, which were supported by a

preponderance of the evidence, the Court has concluded that this defendant presents a risk of flight.

    5.  The Court specifically finds, that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required. Based upon the above findings of fact, which were supported by a preponderance of the evidence, the Court has concluded that this defendant presents a risk of flight.

The Court hereby directs:

    (a)  That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

    (b)  That the defendant be afforded reasonable opportunity for private consultation with counsel; and

    (c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **28th** day of June, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE